IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ESKER MARTIN, III**                                                                                           **PLAINTIFF**

VS.                                            **4:21-CV-00859-BRW-JJV**

**JACKSON, Guard; and**
**COBB, Sergeant, Pulaski County Detention Center**                          **DEFENDANTS**

### ORDER

I have reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, I approve and adopt the Partial Recommended Disposition in all respects.

Accordingly, Plaintiff may proceed with his excessive force claim against Defendant Cobb, and Defendant Jackson is dismissed without prejudice as a party because Plaintiff has not pled a plausible claim against him. I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 4th day of January 2022.

_____BILLY ROY WILSON_____
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).

1