IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ESKER MARTIN, III                                                                                           PLAINTIFF

v.                                              4:21-cv-00859-BRW-JJV

JACKSON, Guard; and
COBB, Deputy, Pulaski County Jail                                                                DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Billy Roy Wilson. Any party may serve and file written objections to this recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

### DISPOSITION

**I.   DISCUSSION**

In September 2021, Esker Martin, III ("Plaintiff") filed a Complaint, pursuant to 42 U.S.C. § 1983, alleging excessive force was used against him while he was a pretrial detainee at the Pulaski County Detention Facility. (Doc. 2.) I granted him permission to proceed *in forma pauperis*, advised him of his obligation under Local Rule 5.5(c)(2) to maintain a valid address with the Clerk, and cautioned him I would recommend dismissal if he did not do so. (Docs. 3, 5.) In November 2021, Plaintiff properly notified the Clerk that his address had changed to the Arkansas State Hospital. (Doc. 6.) On January 18, 2022, a screening order mailed to Plaintiff at the

1

Arkansas State Hospital was returned undelivered because he was no longer there. (Doc. 19.) On January 19, 2022, I entered an Order giving Plaintiff thirty days to provide an updated mailing address and file a new *in forma pauperis* application if he had been released from custody. (Doc. 20.) And, I cautioned Plaintiff I would recommend dismissal if he failed to timely do so. (*Id.*)

Plaintiff has not responded to my January 19, 2022 Order, and the time to do so has expired. Therefore, I recommend the Complaint be dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

## II.     CONCLUSION

IT IS, THEREFORE, RECOMMENDED THAT:

1. The Complaint (Doc. 2) be DISMISSED without prejudice due to a lack of prosecution.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 25th day of February 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE