# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ESKER MARTIN, III**                                                                                    **PLAINTIFF**

VS.                                               4:21-CV-00859-BRW

**JACKSON, Guard; and**
**COBB, Deputy, Pulaski County Detention Center**                      **DEFENDANTS**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed, and the time to do so has passed.  After careful review, I approve and adopt the Recommended Disposition in all respects.

Accordingly, the Complaint is dismissed without prejudice due to a lack of prosecution, and this case is closed.[1]  I certify that an *in forma pauperis* appeal from this Order would not be taken in good faith.[2]

IT IS SO ORDERED this 16th day of March 2022.

```
                                BILLY ROY WILSON
                          UNITED STATES DISTRICT JUDGE
```

---

[1] Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

[2] 28 U.S.C. § 1915(a)(3).

1