IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ESKER MARTIN, III**     **PLAINTIFF**

VS.     **4:21-CV-00859-BRW**

**JACKSON, Guard; and**
**COBB, Deputy, Pulaski County Detention Center**     **DEFENDANTS**

## JUDGMENT

Based on the dispositive Orders entered today and previously (Docs. 17, 24 ) in this case, Plaintiff's claims are dismissed.   I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO AJUDGED this 16th day of March 2022.

                          BILLY ROY WILSON
                          UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).